UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,
Plaintiffs

v.

SCARFO;
Defendants

CASE NO: 2:00-CR-404

RECEIVED
JUL - 1 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Jonathan Lee Riches, movant

[Notice of Appeal this courts order Denying Motion to Be heard under the Victims Crimes Act]

Jonathan Lee Riches moves to Appeal to the 3rd Circuit Court of Appeals this courts order Denying me to be heard under the Victims Crimes Act.

I was, I am, A victim to Nicodemo Scarfo a/k/a Nicky Scarfo. I'm still having nightmares of the continue abuse and trauma inflicted on me by Scarfo and the mafia. I also have newly discovered evidence in this case. The Gambino crime family and Scarfo are Bribing Bureau of Prison employee's to alter criminal records and to access Bureau of Prison files on locations of Inmates that are in the witness Protection Plan. Nicodemo Scarfo has paid $500,000 dollars to DR. Amanda Hughes a/k/a DR. Amanda Leigh Hughes who is a Dts, Drug treatment specialist at the Federal medical center in Lexington Kentucky, FMC Lexington. DR. Amanda Hughes works at the RDAP 500 hr, Residential Drug Abuse program and she is paid personally as a Mafia Enforcer for Defendant Scarfo, the Philadelphia LA cosa nostra and the Gambino crime family. DR. Hughes is Accessing her BOP computer in the Veritas unit to provide Scarfo for the Location of where Sammy the Bull Gravano is in prison and his personal records, so Scarfo can put a Prison hit

on him. DR. Amanda Hughes is also in a intimate and sexual relationship with Nicky Scarfo and Scarfo is Directing DR. Hughes to sell perscription Drugs like oxycotin, percasettes, morphine, methadone and pain killers throughout the inmate Population at FMC lexington, where DR. Hughes sends the proceeds to MR. Scarfo to his prison trust account. DR. Hughes steals and obtains these Drugs through the FMC Lexington Pharmacy. MR. Scarfo has access to a computer at USP Atlanta, and he exchanges emails with DR. Hughes while she is working at FMC Lexington. DR. Hughes has been sending naked pictures of herself to him via Hotmail.com. DR. Hughes has been exchanging messages for Nicky Scarfo to inmates at FMC lexington. Like Patrick J. Simpson, #05095-036 a convicted child molester and Arsonist from York Maine. Simpson is the step Brother to Nicky Scarfo, Scarfo paid simpson money in 2003 for simpson to download Kiddie Porn and hide it in Catholic Literature and to send it to Scarfo because of Scarfos obsession with little Boys. Look at simpsons criminal case. He burnt down Gabby Sullivans in York Maine on Scarfos orders because Scarfo killed young females and had bodies buried in the basement. Like Natalie Holloway which Scarfo told simpson to Kidnap from Aruba. Patrick J. Simpson confessed to the murder of Natalie Holloway in our small group at the RDAP Program. Before I went to Prison on Feb 25th, 2003, I worked and did fraud for the Philadelphia LacosA Nostra under the Direct orders of MR. Scarfo. At the time, Joseph "Skinny Joe" Merlino was the Acting Boss. I committed credit card fraud, Identity theft, and computer hacking and gave the illegal funds to Merlino and I was required to send $5,000 monthy to Scafos Prison Account in USP Atlanta. In 1994 MR Scarfo hired me to put a hit out on olympic skater Nancy Kerrigan, I busted her Knee Cap on Scarfos orders because Scarfo was in a relationship with Tonya Hurding and he wanted Hurding to win. Scarfo sent me on missions around Philadelphia to do evil Acts. I was involved in the center city Jogger Death case, in which I

framed Richard Wise and Herbert Hack. I beat up Nuns at Imaculata College that gave their virginity to Scarfo. Scarfo made me rob CVS Pharmacy at knife point to get him Viagra, Just for men, laxatives, tums, and peperation H. Scarfo made me sue his Mafia Rivals in federal court, see Riches v. Gotti and Riches v. Gravano. I was in control of the teamsters, Scarfo had me Kidnap Jimmy Hoffa, take him on Virgin Airlines to Kabul Afghanistan where I sold Hoffa for opium poppy seeds (125 grams) and I watched Taliban Al-qaeda militants cut off Hoffa's head and Nicholas Berg on Al-Jazzera T.V., Scarfo is now threatening to sodomize me with a Sopranos DVD. In the courts I'm known as "the legal Bugsy Seigel". Nicky Scarfo also gave me a STD. Scarfo stole Sharon Stone from me at Atlantic City Trump casino and Scarfo now is HIV positive for having African American inmate sex while in federal prison and he is extorting me for money to pay for his treatments. Nicky Scarfo plans to use Mafia money to buy DR. Amanda Hughes a sex change operation. DR. Amanda Hughes is in the Guiness Book of world records for having sex with the Entire University of Western Kentucky Basketball team. Former Disgraced NBA ref Tim Donaghy fixed Basketball games on Scarfo's orders. Nicky Scarfo had sex with former Camden Mayor Milton Milan at show N tell on Columbus Blvd in a porno booth. When I was a Inmate at USP Atlanta I personally saw Nicky Scarfo get raped by 5 Black panther inmates in the prison chapel on Easter Sunday. I'm not afraid of Nicky Scarfo. In 1988 Scarfo dressed as the Pope and molested Philadelphia Area Boyscouts at his home. Scarfo also stole my Capital One No Hussel credit card to get a penis enlargement. Scarfo stole Italian Bread from Kroger supermarkets and the suits that Scarfo wore at trial came from Goodwill. Now Scarfo is so desperate to get out of Jail he is now a prison Informant working for

the FBI, trying to get Rule 35 and a SK1 sentence reduction. Scarfo is forcing me against my will to file lawsuits on celebrities. Scarfo is infratrating the mob in prison befriending all convicted felons with mafia ties to the Gambinos, Bonannos, and Trafficante crime families. Dont trust him. Everything any one says to Scarfo in prison he is recording on a secret wiretap. Scarfo plans to work at a BP gas station when he makes parole. Scarfo is a Warren Jeffs follower and plans to marry underage Girls. The Gambino crime family is sending Scarfo Avon makeup to Scarfo in Prison, as Scarfo is a Prison Prostitute, and Scarfo sends the money back to Associates of Joey Merlino. Scarfo is pimping himself. I will crush all mafia Guys in my lawsuits, I have the courage to stand up to anyone of them. I can make fun of Scarfo on the record and he can't stop me. When I get out of Prison, Scarfo's sister Promised me a Date to Sparks steakhouse in NY, candlelight dinner, we will take pictures and post them on YouTube. I will speak to all media, Journalists and Bloggers please contact me as soon as possible. I can be located in the Bureau of Prisons locator. I'm "Jonny Sue-Nami" the worlds most litigant man. I have a message for Scarfo "watch what you do, or I'll sue you". I appeal this case to the 3rd circuit court of Appeals
Gavin P. Lentz I'm suing you next 6

respectfully,

Jonathan Lee Riches
#40948-018
Federal medical center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

Jonathan Lee Riches
#40017-018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

Legal Mail

United States District Court
District of New Jersey
Clerk of Court
402 E. State St.
Trenton, New Jersey 08608